NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

JOAO CONTROL & MONITORING SYSTEMS, LLC
(FORMERLY KNOWN AS JOAO CONTROL &
MONITORING SYSTEMS OF CALIFORNIA, LLC),
*Plaintiff-Appellant,*

v.

SMARTVUE CORPORATION,
*Defendant-Appellee,*

AND

XANBOO, INC. (NOW KNOWN AS AT&T DIGITAL
LIFE, INC.),
*Defendant.*

---

2012-1637

---

Appeal from the United States District Court for the Central District of California in case no. 10-CV-1909, Judge David O. Carter.

---

ON MOTION

---

ORDER

Joao Control & Monitoring Systems, LLC moves to re-form the caption to remove Xanboo, Inc. from the appeal.

It is this court's usual practice to include in the caption all parties that participated in the court below, even if they are no longer participating in the case on appeal. Because Xanboo, Inc. is not involved in this appeal, however, the court grants the motion to the extent that the official caption is revised to indicate that only Smart-vue Corporation is an appellee in this matter.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that the official caption is revised as reflected above.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25